**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Hon. Jerold Edward Knoll
The Knoll Law Firm
P. O. Box 426
Marksville La 71351

**REHEARING ACTION: April 20, 2011**

**Docket Number: 10   01073-CA**

**BARBARA ESCUDE LEMOINE**
**VERSUS**
**JON OLIVER DOWNS**

**Appealed from Avoyelles Parish Case No. 2009-4158-A**

**BEFORE JUDGES:**

    **Hon. John D. Saunders**
    **Hon. Oswald A. Decuir**
    **Hon. Jimmie C. Peters**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Barbara Escude Lemoine** has this day been

    **DENIED.**

cc: Rodney Marchive Rabalais, Counsel for the Appellant
    Philip Henry Boudreaux, Counsel for the Appellant